UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

      v.

LARUE HENDERSON,

          Defendant.

Case No.  25-mj-71447-MRG-1   (TSH)

**DISCOVERY ORDER**

Re: Dkt. No. 26

On December 22, 2025, the United States and Defendant Larue Henderson filed a proposed stipulated protective order in 25-mj-71447.  However, on December 18, 2025, the grand jury returned an indictment, and 25-mj-71447 was merged into 25-cr-434, which was assigned to Judge Tigar.  The proposed stipulated protective order therefore should have been filed in 25-cr-434.  Accordingly, the Court denies the proposed stipulated protective order in 25-mj-71447 without prejudice to refiling it in 25-cr-434 set up for Judge Tigar's signature.

     **IT IS SO ORDERED.**

Dated: December 22, 2025

THOMAS S. HIXSON
United States Magistrate Judge